# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:07-CR-191** |
| | : | **NO. 1:07-CR-310** |
| v. | : | |
| | : | (Judge Conner) |
| **EDUARDO GONZALEZ-SANTIAGO,** | : | |
| aka **HECTOR ROCHE**, aka **"PETER"**, | : | |
| aka **JOSE A. VAZQUEZ LOZADO**, | : | |
| aka **ERNESTO H. FIGUEROA**, aka | : | |
| **HECTOR RADAMES ROCHE-** | : | |
| **MORENO** | : | |

## ORDER

Upon motion (Doc. 55) by the Government to dismiss the forfeiture allegation from the Superseding felony Information,

IT IS HEREBY ORDERED that all references to a 2005 BMW X5 SUV, PA registration RCOB45 are hereby stricken from the Superseding felony Information.

    S/ Christopher C. Conner  
    CHRISTOPHER C. CONNER  
    United States District Judge

Dated:     June 24, 2008