# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:07-CR-0191** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **HECTOR RADAMES** | : | |
| **ROCHE-MORENO** | : | |

## ORDER

AND NOW, this 17th day of May, 2010, upon consideration of the correspondence (Doc. 74) received from defendant Hector Radames Roche-Moreno ("Roche-Moreno"), wherein Roche-Moreno requests permission to reinstate his motion (Doc. 70) to amend his sentence of conviction pursuant to 18 U.S.C. § 3582, and it appearing that the court denied Roche-Moreno's § 3582 motion without prejudice because he was represented by counsel, (see Doc. 71), that counsel then moved to withdraw, averring that no sentence reduction is warranted under the Guidelines, (see Doc. 72), and that the court granted counsel's request on April 30, 2010, (see Doc. 73), and it further appearing that Roche-Moreno is not entitled to a sentence reduction pursuant to § 3582, (see id. (setting forth Guidelines justification for denial of sentence reduction in Roche-Moreno's case)), it is hereby ORDERED that:

    1.    Roche-Moreno's correspondence (Doc. 74) is CONSTRUED as a motion to reinstate the motion to amend the sentence of conviction pursuant to 18 U.S.C. § 3582, and is GRANTED as so CONSTRUED.

2. The reinstated motion to amend the sentence of conviction is DENIED for the reasons set forth in the order of court (Doc. 73) dated April 30, 2010.

          S/ Christopher C. Conner
          CHRISTOPHER C. CONNER
          United States District Judge